# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:08-MJ-272-LRL |
| Plaintiff, | ) | |
| vs. | ) | **ORDER FOR DISMISSAL** |
| CHARLES ALLEN McAFEE, Jr., | ) | |
| Defendant. | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the District of Nevada hereby dismisses the Complaint filed on April 30, 2008.

DATED this 15th day of May, 2008.

GREGORY A. BROWER
United States Attorney

 /s/ Russell E. Marsh
For: RUSSELL E. MARSH
Chief, Criminal Division

Leave of Court is granted for the filing of the foregoing dismissal.

DATED this 31st day of March, 2011.

LAWRENCE R. LEAVITT
United States Magistrate Judge